United States District Court

Eastern District of Louisiana

Engelke

v.                                    CIVIL ACTION NO. 2:00-cv-03770"R"(2)

Prieur


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

    (1) A list of all parties still remaining in this action;

    (2) Copies of all pleadings, including answers, filed by those parties in state court; and

    (3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, December 28, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

DEC 26  PM 4: 08

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELLEN ENGELKE** | * | **NO.** |
| | * | |
| **VERSUS** | * | **DIV.** |
| | * | |
| **KAREN S. PRIEUR, J. ELLIOT** | * | |
| **PRIEUR, LINCOLN PROPERTY** | * | |
| **COMPANY, AND METROPOLITAN** | * | |
| **LIFE INSURANCE COMPANY** | * | |
| | * | |

## 00-3770

## SECT. R MAG. 2

****************************

## NOTICE OF REMOVAL

Lincoln Plaza Management Company (improperly named in the petition as "Lincoln Property Company") and Metropolitan Life Insurance Company (hereinafter "defendants") hereby remove the above entitled action, pending in Civil District Court for the Parish of Orleans under the caption "*Ellen Engelke v. Karen S. Prieur, J.Elliot Prieur, Lincoln Property Company, and Metropolitan Life Insurance Company*, NO. 00-12897 "J." Petitioner respectfully shows that:

1.  The above named plaintiff, ELLEN ENGELKE ("Engelke"), initially brought suit against defendants alleging that defendants were liable to Engelke for unpaid real estate commissions, as specifically pled in Engelke's initial Petition for Damages. The Petition for Damages is attached hereto as "Exhibit A."

2.  Defendants filed an Exception of No Cause of Action in response to Engelke's petition, and answered the petition. The Exception, Answer, and Memorandum in Support of Exception are attached hereto as "Exhibits B, C, &D" respectively.

Fee 150
Process
X Dkfd
CtRmDep
Doc No.

3.    Prior to the hearing of defendants' exceptions, on November 27, 2000, Engelke filed an Amended Petition claiming that defendants "owe her wages she earned but were not paid." Engelke's Amended Petition is attached hereto as "Exhibit E."

4.    Engelke's Amended Petition makes a claim for overtime wages, namely that "Plaintiff was instructed to work after hours, on weekends, and on holidays and as such her employer, Lincoln Property Company is responsible for the wages she earned."

5.    In her Amended Petition, Engelke claims that defendants owe her $58,500 for unpaid holiday and overtime wages.

6.    Engelke's Amended Petition alleges thatLincoln Plaza Management Company and Metropolitan Life Insurance Company owe Engelke $58,500 in holiday and overtime wages she earned but was never paid, in addition to penalty wages and attorney's fees.

7.    A fair and full reading of Engelke's petition states a claim cognizable under the Fair Labor Standards Act, 29 U.S.C. §201, et seq. ("FLSA"), and specifically 29 U.S.C. §207 and 29 U.S.C. §216.

8.    Less than thirty days have transpired since the filing of Engelke's Amended Petition, including the day of the filing herein of this Petition for Removal.

9.    Defendant files with this notice of removal copies of all the process, pleadings, and orders filed in said action.

2

10.    This Court has original jurisdiction over the claims presented in Engelke's Amended

Petition under the provisions of 28 U.S.C. §1331, in that it is a civil action founded

on a claim or right arising under the Constitution, treaties, or laws of the United

States, namely 29 U.S.C. §216(b) and 29 U.S.C. §207(a).   This Court retains

supplemental jurisdiction over the related claims stated in Engelke's Petition, as

amended under 28 U.S.C. §1367 and 28 U.S.C. §1441(c).

**WHEREFORE**, pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1446, defendant,

Lincoln Plaza Management Company and Metropolitan Life Insurance Company, removes

to the United States District Court for the Eastern District of Louisiana, the action

commenced by plaintiff, "*Ellen Engelke v. Karen S. Prieur, J. Elliot Prieur, Lincoln Property

Company, and Metropolitan Life Insurance Company*, Civil District Court for the Parish of

Orleans NO. 00-12897 "J." and asks this Court to issue any necessary orders and process

for the aforesaid action to proceed in this Court.

ROBERT E. KERRIGAN, JR. (#7350)
ISAAC H. RYAN (#23925)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, LA  70130
Telephone:  (504) 581-5141
Fax:  (504) 566-1201
Attorneys for Defendants,
Lincoln Plaza Management Company and
Metropolitan Life Insurance Company

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of December, 2000, a copy of the above and

foregoing pleading was served by mailing same, United States mail, postage prepaid,

properly addressed, to the following counsel of record:

        John Cutrera, Jr., Esq.
        2914 Ridgeway Dr.
        Metairie, LA  70002
            Counsel for plaintiff

        Bill Furnish, Esq.
        Frilot, Partridge, Kohnke & Clements
        3600 Energy Centre
        1100 Poydras Street
        New Orleans, LA  70163-3600
            Counsel for defendants Karen S. Prieur and J. Elliot Prieur

                    _____
                          ISAAC H. RYAN